**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | LMMM Houston #41, Ltd., LMMM Houston #41, Ltd., dba La Michoacana Meat Market #41 v. Jesus Santibanez |
| | and |
| | Jesus Santibanez v. LMMM Houston #41, Ltd., LMMM Houston #41, Ltd., dba La Michoacana Meat Market #41 |
| Appellate case number: | 01-16-00724-CV |
| Trial court case number: | 2014-19771 |
| Trial court: | 270th District Court of Harris County |

The parties to this appeal have filed an "Agreed, Joint Motion to Adopt Briefing Schedule and for Leave to Assert Cross Points in Appellee's Brief." We **deny** the motion. However, we grant the parties an extension of time to file their appellants' briefs.

Accordingly, the appellant's brief of LMMM Houston #41, Ltd., LMMM Houston #41, Ltd., dba La Michoacana Meat Market #41 ("LMMM") is due to filed no later than December 19, 2016. *See* TEX. R. APP. P. 4.1(a), 9.4(i), 38.6(a), (d). The appellee's brief of Jesus Santibanez, if any, will be due within 30 days of the filing of LMMM's appellant's brief. *See id.* 9.4(i), 38.6(b). Santibanez's appellant's brief is due to be filed no later than December 19, 2016. *See id.* 4.1(a), 9.4(i), 38.6(a), (d). LMMM's appellee's brief, if any, will be due within 30 days of the filing of Santibanez's appellant's brief. *See id.* 9.4(i), 38.6(b). The parties may file any reply briefs in accordance with Texas Rules of Appellate Procedure 9.4(i)(C) and 38.6(c).

It is so ORDERED.

Judge's signature: _/s/ Terry Jennings
               ☒ Acting individually

Date: November 22, 2016